UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Leigh Riley, et al.

Plaintiff,

v.

Case No.: 1:22−cv−04465
Honorable Virginia M. Kendall

Information Systems Audit and Control Association Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 2, 2023:

MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff Riley has not filed an Amended Complaint by 7/5/2023, Plaintiff Leah Riley's Complaint is dismissed with prejudice. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.