# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Gerald Dache, et al, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Information Systems Audit and Control )<br>Association, Inc, et al, )<br>)<br>Defendants. ) | Case No. 22 C 4465<br><br>Hon. Virginia M. Kendall |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of Defendant(s) Information Systems Audit and Control    )
Association, Inc, et al
     and against Plaintiff(s) Gerald Dache, et al
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Virginia M. Kendall on a Motion to Dismiss.

Date:   7/9/2024                             Thomas G. Bruton, Clerk of Court

                                             /s/Lynn Kandziora , Deputy Clerk